UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:08-MJ-2096 |
| | ) | (GUYTON) |
| CYRIL TRAVIS BISHOP | ) | |
| | ) | |
| Defendant | ) | |

## ORDER OF DETENTION PENDING TRIAL

The above-named defendant appeared in custody before the undersigned on December 22, 2008, for a scheduled detention hearing. United States Attorney Cynthia F. Davidson was present for the government and Leslie M. Jeffress was present on behalf of the defendant. Counsel for the defendant advised this Court that the defendant would waive a detention hearing at this time and reserve his right to move for a hearing at a later date. The defendant executed the appropriate waiver in open court.

Accordingly, the defendant is committed to the custody of the Attorney General or his/her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be

afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

<u>s/ Bruce Guyton</u>
UNITED STATES MAGISTRATE JUDGE